IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
)
STEVEN C. MEYER )   Chapter 13
LAURIE B. MEYER )   Case No. 13-40101-LWD
125 COUNTRYWALK CIRCLE )
SAVANNAH, GA 31419 )
                               Debtor(s) )   FILED   MAR 18 2013
)

## TRUSTEE'S MOTION ON PLAN CONFIRMATION

____ Trustee moves that confirmation be continued for a period of not less than ____ days and that Debtor(s)' counsel file all plan modifications on claim objections not later than _____.

____ Trustee moves that the case be dismissed.

__✓__ Trustee moves that debtor(s)' plan be confirmed, subject to payment of the filing fee. The plan commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan will pay $ **100** or more to unsecured creditors, but in any event will pay not less than **0** % of the total allowed unsecured claims.

____ Trustee moves that the case be dismissed if the filing fee is not paid in full by_____.

____ Debtor(s)' plan is amended to:

    Raise payments/extend plan as follows: _____

    Change valuation(s) as follows: _____

    **@ ABOVE MEDIAN INCOME**

    Allow/Modify/Disallow claims as follows: _____

    Allow the following creditors a period of _____ days following confirmation to liquidate the collateral surrendered under the Debtor(s)' plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim: _____

    Retain the right to file objections by the Debtor(s) to the following claims within 30 days of confirmation:

____ OTHER: _____

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This 18 day of March, 2013.

If applicable:                                                   _____
                                                                  Chapter 13 Trustee Attorney

_____                                         _____
Debtor Counsel - JOHN E PYTTE                                     Creditor's Counsel

_____                                         _____
Debtor                                                            Creditor's Counsel

_____                                         _____
Debtor                                                            Creditor's Counsel